EXCHANGE OPERATORS, INC., Appellant, v. WILLIAM H. ROACH, Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Smith, Page, Merrell and Greenbaum, JJ.

MARGARET A. BURR, Respondent, v. FRANK B. KEECH and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. McCLURE HALLEY, Appellant, v. THE AMERICAN KENNEL CLUB, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EAST HARLEM STOREKEEPERS ASSOCIATION, INC., and Another, Appellants, v. JOHN F. HYLAN, as Mayor of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

GERSETA CORPORATION, Appellant, v. D. G. DERY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

STAMFORD EXTRACT MANUFACTURING COMPANY, Respondent, v. OAKES MANUFACTURING COMPANY, Appellant.— Order modified by striking out the word "plaintiff's" in the last paragraph thereof, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.; Dowling, J., dissenting.

JOSEPH LEVY and Another, Respondents, v. UNITED STATES INDUSTRIAL ALCOHOL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ABNER GREENBERG, Respondent, v. JEROME H. REMICK & COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

WILLARD STORAGE BATTERY COMPANY and Another, Appellants, v. CIRCLE STORAGE BATTERY CO., INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ARBIB & HOULBERG, INC., Respondent, v. ALFRED KRAMER & CO., INC., Appellant.— Order modified as stated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.